TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00054-CR

The State of Texas, Appellant

v.

Stephen Weldon Holt, Appellee

FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY

NO. 502,980, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

PER CURIAM

The State's motion to dismiss its appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Jones, B. A. Smith and Yeakel

Appeal Dismissed on State's Motion

Filed: February 25, 1999

Do Not Publish